[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-13729
Non-Argument Calendar

_____

D.C. Docket No. 4:18-cr-00262-RSB-CLR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HOSEA SCOTT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(September 2, 2020)

Before JORDAN, GRANT, and LAGOA, Circuit Judges.

PER CURIAM:

Paul Calhoun, appointed counsel for Hosea Scott in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Scott, in turn, has filed a motion to discharge Calhoun as counsel.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Scott's motion to discharge counsel is **DENIED AS MOOT**, and Scott's conviction and sentence are **AFFIRMED**.